852

tiorari denied. Petitioner *pro se. Releford McGriff* and *Joseph C. Waddy* for petitioner.

No. 66, Misc. GALLAS *v.* DENNEY, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 71, Misc. WINHOVEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 72, Misc. SMITH ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 73, Misc. THOMAS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 74, Misc. THOMAS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 78, Misc. WESTERFIELD *v.* MENARY, SHERIFF. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 79, Misc. SIDENER *v.* RANDOLPH, WARDEN. Circuit Court of Adams County, Illinois. Certiorari denied.

No. 81, Misc. BELL *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 84, Misc. FEENEY ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *William G. Grande* for petitioners. *Solicitor General Sobeloff, Assistant Attorney*

*General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States. ▮

No. 85, Misc.  VOLA *v.* RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 87, Misc.  VAN PELT *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 88, Misc.  ROUZER *v.* CLAUDY, WARDEN.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 90, Misc.  LAVERA *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 92, Misc.  LABOSTRIE *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 93, Misc.  PENNSYLVANIA EX REL. LANE *v.* BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.  *Robert E. Redding* for petitioner. ▮

No. 94, Misc.  MILANO *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 95, Misc.  MARKS *v.* RANDOLPH, WARDEN.  Circuit Court of St. Clair County, Illinois.  Certiorari denied.

No. 97, Misc.  HOOPER *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 98, Misc.  SMITH *v.* SKEEN, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.